IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10393-TPA |
| Jeffrey A. Laird | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Jeffrey A. Laird | : | Document No. ___ |
| Movant | : | |
| | : | **Response Deadline:** November 14, 2017 |
| v. | : | |
| | : | **Hearing Date:** November 28, 2017 at |
| | : | 11:30 am |
| Creditors listed below and | : | |
| Ronda J. Winnecour Esq. Chapter 13 Trustee | : | |

## **CERTIFICATE OF SERVICE ON AMENDED PLAN DATED SEPTEMBER 21, 2017 AND ORDER SCHEDULING DATES FOR OBJECTION AND HEARING**

I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that I served, or caused to be served the above captioned pleadings on the parties at the addresses on the attached matrix, on September 25, 2017 by regular First Class United States mail or other method as described on the attached list.

**VIA CM/ECF**

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com

**VIA US MAIL**

**Capital One**
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Citibank North America**

Citicorp Credit Srvs

Po Box 790040
Saint Louis, MO 63179

**Dept Of Ed/582/nelnet**
Attn: Claims/Bankruptcy
Po Box 82505
Lincoln, NE 68501


**First Federal Credit & Collections**
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122


**Rushmore Loan Management**
Po Box 52708
Irvine, CA 92619


**Sarah Carnes**
Unknown


**Verizon**
Verizon Wireless Bankruptcy Administration
500 Tecnolgy Dr
Ste 500
Weldon Springs, MO 63304

EXECUTED ON: September 25, 2017


                          By       /s/ Rebeka A. Seelinger  Esquire
                                  Rebeka A. Seelinger, Esquire
                                  Pa. I.D. #93897
                                  4640 Wolf Rd
                                  Erie, PA 16505
                                  (814)-824-6670/rebeka@seelingerlaw.com