IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Jeffrey A. Laird | : | Bankruptcy No. 17-10393-TPA |
| Debtor | : | Chapter 13 |
| | : | |
| Jeffrey A. Laird | : | Document No. ___ |
| Movant | : | |
| | : | **Response Deadline:** October 8, 2017 |
| v. | : | |
| | : | **Hearing Date:** November 8, 2017 at 930am |
| No Respondent | : | |

## CERTIFICATE OF NO OBJECTION OF APPLICATION TO EMPLOY BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Broker filed on September 21, 2017 has been filed.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application to Employ Broker appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Employ Broker were to be filed and served no later than October 8, 2017.

It is hereby respectfully requested that the Proposed Order to approve the Application to Employ Realtor for the sale of Debtor's residence located at 1147 West 36th Street, Erie, PA 16508 be entered by this Honorable Court.

Dated: October 9, 2017

Respectfully submitted,
By: /s/ Rebeka A Seelinger Esquire
Rebeka A Seelinger Esquire
4640 Wolf Rd Erie PA 16505
(814) 824 6670
PA ID 93897
rebeka@seelingerlaw.com