FILED
10/10/17 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JEFFREY A. LAIRD                              :        Case No. 17-10393 TPA
    *Debtor*                                  :        Chapter 13
                                           :

JEFFREY A. LAIRD                              :
    *Movant*                                  :
                                           :

        v.                               :        Related to Document No. 37
                                           :

NO RESPONDENT                                :

## ORDER APPROVING RETENTION OF REALTOR/BROKER

        *AND NOW*, this *10th* day of *October, 2017,* upon consideration of the *Application to Employ Real Estate Broker for the Sale of Debtors' Residence Located at 1147 West 36th Street, Erie, PA 16508*, it is *ORDERED, ADJUDGED and DECREED* as follows:

        (1)    *Jen Proper, Marsha Marsh Real Estate Services, 4202 West Ridge Road, Erie, PA 16506* is hereby appointed, as of the date of filing the *Application*, as *Realtor* for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at *1147 West 36th Street, Erie, PA 16508*.  A realtor commission in the amount of *6%* on the sale price is tentatively approved, subject to final Court order.  *Movant shall serve the within Order on all interested parties and file a certificate of service.*

        (2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.  Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*.  Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

        (3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*.  Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

        (4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

                                                                                       jlm

                                      Thomas P. Agresti, Judge
                                      United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10393-TPA
Jeffrey A. Laird                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 1          Date Rcvd: Oct 10, 2017
                              Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db            +Jeffrey A. Laird,   1147 W 36th St,   Erie, PA 16508-2445
r             +Jen Proper,   Marsha Maarsh Real Estate Services,   4202 West Ridge Road,   Erie, PA 16506-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Rushmore Loan Management Services LLC as servicer for
           Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage
           Loan Trust, Series 2016-1 bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as trustee for Normandy Mortgage Loan Trust, Series 2016-1 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor Jeffrey A. Laird rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 5