Case 17-10393-TPA    Doc 51    Filed 05/10/18    Entered 05/10/18 11:54:12    Desc Main
Document    Page 1 of 1

FILED
5/10/18 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

  Debtor: Jeffrey A. Laird
  Case Number: 17-10393                    Chapter: 13
  Date / Time / Room: May 8, 2017 at 1:30 p.m., Bankruptcy Courtroom
  Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**   #39 - Final Confirmation of Amended Plan dated 9/21/17 (NFC)

### *Appearances:*

Debtor:    Seelinger
Trustee:   Winnecour / Katz / Pail
Creditor:  Warmbrodt for Rushmore

### *Proceedings:*

Recommended Outcome: *to be*

1. ✓ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___
     Objections are due on or before ___.
     A hearing on the Amended Plan is set for ___ at ___.
9. ✓ Other: Debtor has decided to seek to convert to chapter 7. Mt to convert to be filed within 14 days.

### *For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: ___