UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 17-10393 TPA |
| Jeffrey A. Laird, | : Chapter 13 |
| Debtor | : |
| | |
| Jeffrey A. Laird, | : |
| Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Chapter 13 Trustee, | : |
| Respondent | : |

## ORDER

Now, this _____ day of _____, 2018, upon consideration of the debtor's Motion To Convert Case To Chapter 7, it is

ORDERED, that the Motion is Granted. The above captioned case is hereby converted to Chapter 7.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE