UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 17-10393 TPA |
|     Jeffrey A. Laird, | : Chapter 7 |
|         Debtor | : |
| Jeffrey A. Laird, | : |
|         Movant | : |
|   vs. | : Document No. |
| | : |
| No Respondent | : |

DEBTOR'S RULE 1019 CONVERSION REPORT

The Debtor, Jeffrey A. Laird, by his undersigned attorney, Rebeka A. Seelinger, Esquire, respectfully represents the following:

1. The debtor, Jeffrey A. Laird, commenced this case by filing a voluntary petition in bankruptcy on April 18, 2017, under Chapter 13 of the Bankruptcy Code.

2. The debtor's case was converted to a Chapter 7 case by Order of Court dated May 15, 2018.

3. The debtor filed the Statement of Intention required by 11 U.S.C. §521(a)(2) and Bankruptcy Rule 1019(1)(B) on May 21, 2018.

4. The debtor filed Form 122A on May 21, 2018.

5. The debtor did not incur any new debts which remain unpaid after the filing of his voluntary petition in bankruptcy, Chapter 13.

6. The debtor did not acquire any new property after the filing of his voluntary petition in bankruptcy, Chapter 13.

7. The debtor did not enter into or assume any executory contracts after the filing of his voluntary petition in bankruptcy, Chapter 13.

WHEREFORE, the debtor so reports in compliance with this Court's May 15 Order Converting Case From Chapter 13 To Chapter 7.

May 11, 2018               /s/ Rebeka Seelinger Esq.
                                    Rebeka Seelinger Esq., PA ID 93897
                                    Attorney for Debtor

SEELINGER LAW
4640 Wolf Rd
Erie PA 16505
(814) 824 6670, rebeka@seelingerlaw.com