UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-10393 TPA |
|     Jeffrey A. Laird, | : | |
|            Debtor | : | Chapter 7 |
| | : | |
| Jeffrey A. Laird, | : | |
|            Movant | : | |
|  vs. | : | Document No. ____ |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|            Respondent | : | |

**CERTIFICATE OF SERVICE**

I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that I served, or caused to be served, the May 15, 2018 Order Converting Case From Chapter 13 To Chapter 7 And Terminating Wage Attachment on the parties listed below at the following addresses on May 23, 2018 by regular First Class United States mail or other method as described on the following list.

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

**Ronda J. Winnecour, Trustee**
Suite 3250 USX Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

BY FIRST CLASS MAIL:

**Plastek Industries, Inc.**
2425 West 23rd Street
Erie PA 16506
(Employer)

All parties on the attached list.

Dated: May 23, 2018           /s/ Rebeka Seelinger Esq.
                              Rebeka Seelinger Esq., PA ID 93897
                              Attorney for Debtors
                              SEELINGER LAW
                              4640 Wolf Rd
                              Erie PA 16505
                              (814) 824 6670
                              rebeka@seelingerlaw.com

**Capital One**
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Citibank North America**
Citicorp Credit Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179

**Dept Of Ed/582/nelnet**
Attn: Claims/Bankruptcy
Po Box 82505
Lincoln, NE 68501

**First Federal Credit & Collections**
24700 Chagrin Blvd Suite 205
Cleveland, OH 44122

**Rushmore Loan Management**
Po box 52708
Irvine, CA 92619

**Sarah Carnes**
Unknown

**Verizon**
Verizon Wireless Bankruptcy Administration
500 Technology Dr Ste 500
Weldon Springs, MO 63304