**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JEFFREY A. LAIRD <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:17-10393 TPA <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/18/2017 and confirmed on 07/12/2017 . The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,750.00 |
| Less Refunds to Debtor | 689.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,060.05 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,014.41 | |
|    Trustee Fee | 360.15 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,374.56 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 2406 | 0.00 | 4,685.49 | 0.00 | 4,685.49 |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 2406 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS <br>     Acct: 2406 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,685.49 |
| **Priority** | | | | |
|   REBEKA SEELINGER ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEFFREY A. LAIRD <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEFFREY A. LAIRD <br>     Acct: | 689.95 | 689.95 | 0.00 | 0.00 |
|   SEELINGER LAW CORPORATION <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   REBEKA SEELINGER ESQ <br>     Acct: | 2,080.00 | 2,014.41 | 0.00 | 0.00 |

| 17-10393 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| REBEKA SEELINGER ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| REBEKA SEELINGER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7065 | 1,097.67 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4582 | 1,905.89 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 4482 | 10,575.68 | 0.00 | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL<br>Acct: 2146 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL<br>Acct: 8206 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 4974 | 255.58 | 0.00 | 0.00 | 0.00 |
| PYOD LLC - ASSIGNEE<br>Acct: 7870 | 263.94 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VA(<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| **TOTAL PAID TO CREDITORS** | | | | 4,685.49 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED          0.00
UNSECURED   14.098.76

Date: 05/31/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com