Certificate Number: 14912-PAW-DE-031430779

Bankruptcy Case Number: 17-10393



14912-PAW-DE-031430779

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2018, at 1:23 o'clock PM EDT, Jeffrey Laird completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 6, 2018                By:   /s/Jai Bhatt

                                      Name: Jai Bhatt

                                      Title: Counselor